

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00319-CV

**IN THE INTEREST OF E.G.M., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0604-CV-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief is due on November 18, 2022. On November 16, 2022, appellant filed a motion to reconsider appellant's unopposed second motion to extend time. The motion is GRANTED. Appellant's brief is due **no later than November 23, 2022**. *Further requests for extensions of time to file appellant's brief <u>will not be considered</u>.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court